UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,

                    Plaintiff,

    - against -

SHOTS POOL HALL, INC.; and
RODDY RAMOUTAR,

                    Defendants.
-----------------------------------------------------------------X

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
16-CV-5067 (RRM) (SMG)

ROSLYNN R. MAUSKOPF, United States District Judge.

        On September 13, 2016, J&J Sports Productions brought this action, alleging that Shots Pool Hall, Inc. and Roddy Ramoutar willfully intercepted and misappropriated a closed circuit television exhibition of a boxing match between Floyd Mayweather Jr. and Saul Alvarez in violation of the Federal Communications Act of 1934, 47 U.S.C. §§ 553, 605. (*See* Compl. (Doc. No. 1).) J&J Sports alleges that defendants intercepted and received the boxing match without paying the required fees, or, in the alternative, they assisted in the receipt of the match. (Compl. at ¶ 15.) The defendants have not answered the complaint or otherwise appeared. On J&J Sports's application, the Clerk of Court entered default on February 15, 2017. (Entry of Def. (Doc. No. 12).) On March 15, 2017, J&J Sports moved for default judgment. (Mot. for Def. J. (Doc. No. 14).) The Court referred the motion to Magistrate Judge Gold for a Report and Recommendation ("R&R").

        On February 6, 2018, Judge Gold issued his R&R, recommending that J&J Sports's motion be granted in part and denied in part. (R&R (Doc. No. 19).) Specifically, he found that default judgment against Shots Pool Hall, Inc. is proper, but recommended that no judgment be entered against Ramoutar. Judge Gold reminded the parties that, pursuant to Federal Rule of

Civil Procedure 72(b), any objection to the R&R must be filed within fourteen days of service, and directed J&J Sports to serve copies of the R&R on the defendants. (R&R at 11.) J&J Sports properly served the defendants. (Doc. No. 20.) No party has filed any objection, and the time to do so has since expired.

Pursuant to 28 U.S.C. § 636(b) and Rule 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, it is hereby ordered that default judgment be entered in favor of J&J Sports as against Shots Pool Hall, Inc. in the total amount of $13,738, comprised of:

(i) $3,297 in statutory damages;

(ii) $9,891 in enhanced damages; and

(iii) $550 in costs.

The Clerk of Court is directed to enter judgment pursuant to this Order and to close this case. J&J Sports is ordered to mail a copy of this Order and accompanying judgment on Shots Pools Hall, Inc. and Roddy Ramoutar, and to file a letter with the Court confirming compliance within one week of the filing of this Order.

SO ORDERED.

Dated: Brooklyn, New York
Feb. 27 2018

s/Roslynn R. Mauskopf
_____
ROSLYNN R. MAUSKOPF
United States District Judge